# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES -REOPENING/CLOSING

Case No. 2:23-cv-04623-JFW-MARx                    Date April 3, 2024

Title: Eulyptica LLC dba Levain and Co v. Michael Wan

Present: The Honorable John F. Walter

|  Shannon Reilly  |  Not Present  |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

Not Presentq                               Not Present

Proceedings:   ☐ In Court        ☐ In Chambers      ☐ Counsel Notified

☐ Case previously closed in error.  Make JS-5.

☐ Case should have been closed on entry dated _____.

☐ Case settled but may be reopened if settlement is not consummated within _____ days.
Make JS-6.

☒ Other NOTICE of Voluntary Dismissal filed by Plaintiff [32]. Case settled - make JS-6

☐ Entered _____.

Initials of Preparer _____ sr _____